IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DERRICK VARGO,** | ) |
| Plaintiff, | ) |
| | ) NO. 3:24-cv-00153 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| **MATTHEW GRAVES et al.,** | ) MAGISTRATE JUDGE NEWBERN |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 10) recommending the Court grant the Defendants' motion to dismiss this action under Federal Rule of Civil Procedure 4(m) for failure to effect service of process. (Doc. No. 8). The Magistrate Judge observes that Plaintiff has not effected service of process on either of the defendants, has not responded to the Court's order to show cause why the Magistrate Judge should extend his deadline to serve the defendants, and has not responded to the defendants' motion to dismiss. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 10 at 7). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 10) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Defendants' motion to dismiss (Doc. No. 8) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE